DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MARQUAN D. LAWSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-897

————————————————

September 3, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County; Keith P. Spoto, Judge.

Marquan Lawson, pro se.

PER CURIAM.

    Affirmed.

SILBERMAN, BLACK, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.